Robert A. Naeve (State Bar No. 106095)
rnaeve@jonesday.com
Steven M. Zadravecz (State Bar No. 185676)
szadravecz@jonesday.com
JONES DAY
3 Park Plaza
Suite 1100
Irvine, California 92614
Telephone:   (949) 851-3939
Facsimile:    (949) 553-7539

Attorneys for Defendant
AVON PRODUCTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA STILES, | Case No. 07-CV-01932 JAM  EFB |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| AVON PRODUCTS, INC., AND DOES 1 THROUGH 10, INCLUSIVE | |
| Defendant. | |

Based on stipulation of the parties filed May 23, 2008, the Court orders that this action, including all claims for relief that have been or could have been asserted by plaintiff in connection with the general set of facts and circumstances underlying this action, shall be dismissed with prejudice.

IT IS SO ORDERED.

DATED: May 23, 2008

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE

LAI-2951659v1

Case No. 07-CV-01932 LEW-EFB
Order of Dismissal

PDF created with pdfFactory trial version www.pdffactory.com